No. 19-2210, 19-2223, 19-2276, 19-2318

# In the United States Court of Appeals for the Federal Circuit

**DRONE-CONTROL, LLC,**

Appellant,

v.

**SZ DJI TECHNOLOGY CO., LTD.,**

Appellee.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00205, IPR2018-00206, IPR2018-00207, and IPR2018-00208

## JOINT MOTION TO STAY APPEALS PENDING FINAL RESOLUTION OF *ARTHREX*

| | |
|---|---|
| George T. Lyons, III<br>McDonnell Boehnen<br>Hulbert & Berghoff LLP<br>300 South Wacker Drive, Suite 3100<br>Chicago, Illinois 60606<br>(312) 913-0001<br><br>*Attorney for Appellant*<br>*Drone-Control, LLC* | J. Michael Jakes<br>Qingyu Yin<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br><br>Benjamin R. Schlesinger<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, LLP<br>Suite 1400<br>271 17th Street NW<br>Atlanta, GA 30363<br><br>*Counsel for Appellee*<br>*SZ DJI Technology Co., Ltd.* |

# MOTION

Pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27, Appellant Drone-Control, LLC and Appellee SZ DJI Technology Co., Ltd. (collectively, the "Parties") respectfully jointly request that the above-captioned consolidated appeals be stayed pending this Court's final resolution of *Arthrex, Inc. v. Smith & Nephew, Inc.*, 941 F.3d 1320 (Fed. Cir. 2019) ("*Arthrex*"). The grounds for this motion are as follows:

1) These consolidated appeals arise from four final written decisions of the Patent Trial and Appeal Board ("PTAB") issued before this Court's decision in *Arthrex*.

2) On October 31, 2019, this Court issued a decision in *Arthrex* holding that an Appointments Clause defect exists in the statutes governing the appointment of administrative patent judges ("APJs") at the PTAB. 941 F.3d at 1339-40. This Court, in *Arthrex*, vacated the decision by such APJs and remanded for a new hearing before a new panel of constitutionally-appointed APJs. *Id.* at 1340.

3) Following *Arthrex*, Drone-Control contends the APJs in these cases arguably lacked the constitutional authority to issue the final written decisions underlying these appeals, and that the PTAB decisions in these appeals should be vacated and remanded as in *Arthrex*. The *Arthrex* decision is not yet final, and the

U.S. Government has now sought rehearing *en banc* in *Arthrex*. Further, Judges Newman and Dyk have indicated in their concurrence in *Bedgear, LLC v. Fredman Bros. Furniture Company, Inc.*, 18-2082 (Fed. Cir. Nov. 27, 2019) that there is no need for the remedy of remand and new hearing, and instead "the past opinions rendered by the PTAB should be reviewed on the merits, not vacated for a new hearing before a different panel."

4) As such, Drone-Control, LLC has not yet filed a motion to vacate and remand these final written decisions based on, at least, the decision in *Arthrex*.

5) Instead, the Parties jointly believe that a stay of these appeals pending final resolution of *Arthrex* would save judicial resources and avoid unnecessary costs for all parties. Thus, the Parties respectfully request that this Court enter a joint stay in these cases until the mandate issues in *Arthrex*.

As required by Federal Circuit Rule 26(b)(2) and (3), Appellant's counsel and Appellee's counsel have conferred and agreed to jointly move for the requested relief, so the motion is unopposed.

December 27, 2019

| /s/ *George T. Lyons, III* | /s/ *J. Michael Jakes* |
|---|---|
| George T. Lyons, III | J. Michael Jakes |
| McDonnell Boehnen | Qingyu Yin |
| Hulbert & Berghoff LLP | Finnegan, Henderson, Farabow, |
| 300 South Wacker Drive, Suite 3100 | Garrett & Dunner, LLP |

2

Chicago, Illinois 60606
(312) 913-0001

*Attorney for Appellant
Drone-Control, LLC*

901 New York Avenue NW
Washington, DC 20001

Benjamin R. Schlesinger
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
Suite 1400
271 17th Street NW
Atlanta, GA 30363

*Counsel for Appellee SZ DJI
Technology Co., Ltd.*

# CERTIFICATE OF INTEREST

Counsel for Appellant DRONE-CONTROL, LLC certifies the following:

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| DRONE-CONTROL, LLC | None | None |

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

McDonnell Boehnen Hulbert & Berghoff: Grantland G. Drutchas, Matthew J. Sampson, Marcus J. Thymian, George T. Lyons III.

Toler Law Group, PC: M. Vanessah Pace.

**5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. See Fed. Cir. R. 47. 4(a)(5) and 47.5(b).**

IPR2018-00205; IPR2018-00206; IPR2018-00207; IPR2018-00207; *Synergy Drone, LLC v. SZ DJI Technology Co., Ltd. et al.*, 1:17-CV-00242-LY (W.D. Tex. 2017).

December 27, 2019

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP

/s/ *George T. Lyons, III*
George T. Lyons, III
McDonnell Boehnen Hulbert & Berghoff LLP

i

300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001

*Attorneys for Appellant*
*Drone-Control, LLC*

ii

**FORM 9. Certificate of Interest** Form 9
Rev. 10/17

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Drone-Control, LLC v. SZ DJI Technology Co., Ltd.

Case No. 2019-2210, 19-2223, 19-2276, 19-2318

**CERTIFICATE OF INTEREST**

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

SZ DJI Technology Co., Ltd.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| SZ DJI Technology Co., Ltd. | DJI Europe B.V. | iFlight Technology Co., Ltd. |
| | DJI Technology, Inc. | |
| | DJI Japan K.K. | |
| | DJI Research LLC | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stephen E. Kabakoff, Joshua L. Goldberg

| FORM 9. Certificate of Interest | Form 9 |
|---|---|
| | Rev. 10/17 |

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b). (The parties should attach continuation pages as necessary).

Drone-Control, LLC and Synergy Drone, LLC v. SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI Technology, Inc., Case No. 1:17-cv-00242, U.S. District Court for the Western District of Texas

12/26/2019
Date

/s/ J. Michael Jakes
Signature of counsel

Please Note: All questions must be answered

J. Michael Jakes
Printed name of counsel

cc: George T. Lyons, III

Reset Fields

# **CERTIFICATE OF COMPLIANCE**

This motion complies with the requirements of Fed. R. App. P. 27(d)(2)(A). According to the word processing system used to prepare it, the motion contains 383 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(iii). The motion complies with the typeface requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Times New Roman.

| | |
|---|---|
| December 27, 2019 | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |
| | |
| | /s/ *George T. Lyons, III* |
| | George T. Lyons, III |
| | McDonnell Boehnen |
| | Hulbert & Berghoff LLP |
| | 300 South Wacker Drive, Suite 3100 |
| | Chicago, Illinois 60606 |
| | (312) 913-0001 |
| | |
| | *Attorney for Appellant* |
| | *Drone-Control, LLC* |

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of December, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuity by using the appellate CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

| | |
|---|---|
| December 27, 2019 | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |
| | |
| | /s/ *George T. Lyons, III* |
| | George T. Lyons, III |
| | McDonnell Boehnen |
| | Hulbert & Berghoff LLP |
| | 300 South Wacker Drive, Suite 3100 |
| | Chicago, Illinois 60606 |
| | (312) 913-0001 |
| | |
| | *Attorney for Appellant* |
| | *Drone-Control, LLC* |