NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DRONE-CONTROL, LLC,**
*Appellant*

v.

**SZ DJI TECHNOLOGY CO., LTD.,**
*Appellee*

**ANDREI IANCU, Director, U.S. Patent and Trademark Office,**
*Intervenor*

2019-2210, -2223, -2276, -2318

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00205, IPR2018-00206, IPR2018-00207, and IPR2018-00208.

**ON MOTION**

Before LOURIE, MOORE, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Drone-Control, LLC moves to vacate the decision of the Patent Trial and Appeal Board and remand for a new hearing before a differently constituted panel in light of this court's recent decision in *Arthrex, Inc. v. Smith & Nephew, Inc.*, 941 F.3d 1320 (Fed. Cir. 2019). Alternatively, Drone-Control requests that the court grant the parties' joint motion to stay proceedings pending rehearing in *Arthrex*. SZ DJI Technology Co., Ltd. opposes the motion to vacate and remand. The Director of the United States Patent and Trademark Office intervenes and opposes vacatur.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Director of the United States Patent and Trademark Office is added as an intervenor. The revised official caption is reflected above.

(2) The motion to vacate and remand is granted. The Patent Trial and Appeal Board's decision is vacated, and the case is remanded to the Board for proceedings consistent with this court's decision in *Arthrex*.

(3) The motion to stay is denied as moot.

(4) Each side shall bear its own costs.

FOR THE COURT

February 27, 2020  /s/ Peter R. Marksteiner
    Date  Peter R. Marksteiner
                  Clerk of Court

s31