# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2021

Clerk
United States Court of Appeals
 for the Federal Circuit
Howard T. Markey Courts Bldg.
717 Madison Place, NW
Washington, DC 20439-3045

>   Re:   Andrei Iancu, Under Secretary of Commerce for
>         Intellectual Property & Dir., USPTO
>         v. Eugene H. Luoma, et al.,
>         No. 20-74 (Your docket No. 2019-2315)

Dear Clerk:

   Attached please find a certified copy of the judgment of this Court in the above-entitled case and in 28 other cases noted on the attached "Table of Related Cases."

Sincerely,

SCOTT S. HARRIS, Clerk

By  *Hervé Bocage* (signature)

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:   All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2021

Ms. Melanie Lynn Bostwick, Esq.
Orrick, Herrington & Sutcliff LLP
1152 15th Street, N. W.
Washington, D. C. 20005

      Re:  **Andrei Iancu, Under Secretary of Commerce for Intellectual Property & Dir., USPTO**
            **v. Eugene H. Luoma, et al.,**
            **No. 20-74**

Dear Ms. Bostwick:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case and in 28 other cases noted on the attached "Table of Related Cases."

                                            Sincerely,

                                            SCOTT S. HARRIS, Clerk

                                            By *[signature]*
                                            Herve' Bocage
                                            Judgments/Mandates Clerk

cc:  Clerk, USCA Fed. Circuit
       (Your docket No. 2018-1768)

# TABLE OF RELATED CASES IN

*Andrei Iancu, Under Secretary of Commerce for Intellectual Property & Dir., USPTO* v. *Eugene H. Luoma, et al.,* **No. 20-74:**

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Pfizer Inc., et al. (Dkt. Nos. 2019-1871, 2019-1873, 2019-1875, 2019-1876, and 2019-2224);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Alan Stuart, as Trustee for the Cecil G. Stuart and Donna M. Stuart Revocable Living Trust Agreement, et al. (Dkt. Nos. 2019-1994, 2019-2238, and 2019-2057);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Vilox Technologies, LLC, et al. (Dkt. No. 2019-2057);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Vaporstream, Inc., et al. (Dkt. Nos. 2019-2231, 2019-2290, 2019-2337, 2019-2339, and 2020-1030);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Document Security Systems, Inc., et al. (Dkt. No. 2019-2281);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. VirnetX Inc., et al. (Dkt. No. 2019-1671);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Concert Pharmaceuticals, Inc., et al. (Dkt. No. 2019-2011);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. AgroFresh, Inc., et al. (Dkt. No. 2019-2243);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Polaris Innovations Ltd., et al. (Dkt. No. 2019-1202);

United States, Petitioner v. Polaris Innovations Ltd., et al. (Dkt. No. 2018-1768);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Document Security Systems, Inc., et al. (Dkt. No. 2019-2430);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Sound View Innovations, LLC, et al. (Dkt. No. 2020-1154);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Sound View Innovations, LLC, et al. (Dkt. No. 2020-1155);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. VirnetX Inc. (Dkt. Nos. 2017-2593 and 2017-2594);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Drone-Control, LLC, et al. (Dkt. Nos. 2019-2210, 2019-2223, 2019-2276, and 2019-2318);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Promptu Systems Corporation, et al. (Dkt. Nos. 2019-2368 and 2019-2369);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Iron Oak Technologies, LLC, et al. (Dkt. No. 2019-2388);

## TABLE OF RELATED CASES IN         (Page 2)

*Andrei Iancu, Under Secretary of Commerce for Intellectual Property & Dir., USPTO* v. *Eugene H. Luoma, et al.,* **No. 20-74:**

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. High 5 Games, LLC, et al. (Dkt. No. 2020-1024);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Protiva Biotherapeutics, Inc., et al. (Dkt. No. 2020-1183);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Promptu Systems Corporation, et al. (Dkt. No. 2020-1253);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Polaris Innovations Limited, et al. (Dkt. No. 2019-1484);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Amgen Inc., et al. (Dkt. No. 2019-2171);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Steuben Foods, Inc., et al. (Dkt. Nos. 2020-1082, 2020-1083);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. North Star Innovations, Inc., et al. (Dkt. Nos. 2020-1295, 2020-1296, 2020-1297, 2020-1298, and 2020-1299);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Polaris Innovations Limited, et al. (Dkt. No. 2019-1483);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Next Caller, Inc., et al. (Dkt. No. 2020-1291);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Horizon Pharma USA, Inc., et al. (Dkt. No. 2020-1164);

United States, Petitioner v. Rovi Guides, Inc., et al. (Dkt. Nos. 2019-1215, 2019-1216, 2019-1218, 2019-1293, 2019-1294, and 2019-1295);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Dali Wireless Inc., et al. (Dkt. No. 2020-1045);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Intex Recreation Corp., et al. (Dkt. Nos. 2020-1141, 2020-1142, 2020-1143, 2020-1149, 2020-1150, and 2020-1151);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Team Worldwide Corporation, et al. (Dkt. No. 2020-1147);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. GREE, Inc., et al. (Dkt. Nos. 2020-1069 and 2020-1162);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Koninklijke KPN N.V., et al. (Dkt. No. 2019-2447);

**TABLE OF RELATED CASES IN          (Page 3)**

*Andrei Iancu, Under Secretary of Commerce for Intellectual Property & Dir., USPTO* v. *Eugene H. Luoma, et al.,* **No. 20-74:**

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Personalized Media Communications, et al. (Dkt. Nos. 2020-1197 and 2020-1198);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. JHO Intellectual Property Holdings, LLC (Dkt. No. 2019-2330);

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Signature Systems, LLC, et al. (Dkt. No. 2020-1319); and

Andrei Iancu, Director, United States Patent and Trademark Office, Petitioner v. Boloro Global Limited (Dkt. Nos. 2019-2349, 2019-2351, and 2019-2353).

# Supreme Court of the United States

No. 20-74

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**EUGENE H. LUOMA, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**PFIZER INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**ALAN STUART, AS TRUSTEE FOR THE CECIL G. STUART AND DONNA M. STUART REVOCABLE LIVING TRUST AGREEMENT, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**VILOX TECHNOLOGIES, LLC, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**VAPORSTREAM, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**DOCUMENT SECURITY SYSTEMS, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**VIRNETX INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**CONCERT PHARMACEUTICALS, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**AGROFRESH, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**POLARIS INNOVATIONS LTD., ET AL.;**

UNITED STATES,

Petitioner

v.

POLARIS INNOVATIONS LTD., ET AL.;

ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,

Petitioner

v.

DOCUMENT SECURITY SYSTEMS, INC., ET AL.;

ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,

Petitioner

v.

SOUND VIEW INNOVATIONS, LLC, ET AL.;

ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,

Petitioner

v.

SOUND VIEW INNOVATIONS, LLC, ET AL.;

ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,

Petitioner

v.

VIRNETX INC.;

ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,

Petitioner

v.

DRONE-CONTROL, LLC, ET AL.;

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT
AND TRADEMARK OFFICE,**

Petitioner

v.

**PROMPTU SYSTEMS CORPORATION, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT
AND TRADEMARK OFFICE,**

Petitioner

v.

**IRON OAK TECHNOLOGIES, LLC, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT
AND TRADEMARK OFFICE,**

Petitioner

v.

**HIGH 5 GAMES, LLC, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT
AND TRADEMARK OFFICE,**

Petitioner

v.

**PROTIVA BIOTHERAPEUTICS, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT
AND TRADEMARK OFFICE,**

Petitioner

v.

**PROMPTU SYSTEMS CORPORATION, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**POLARIS INNOVATIONS LIMITED, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**AMGEN INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**STEUBEN FOODS, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**NORTH STAR INNOVATIONS, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**POLARIS INNOVATIONS LIMITED, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**NEXT CALLER, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**HORIZON PHARMA USA, INC., ET AL.;**

**UNITED STATES,**

Petitioner

v.

**ROVI GUIDES, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**DALI WIRELESS INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**INTEX RECREATION CORP., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**TEAM WORLDWIDE CORPORATION, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**GREE, INC., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**KONINKLIJKE KPN N. V., ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**PERSONALIZED MEDIA COMMUNICATIONS, ET AL.;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**JHO INTELLECTUAL PROPERTY HOLDINGS, LLC;**

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

Petitioner

v.

**SIGNATURE SYSTEMS, LLC, ET AL.;**

*and*

**ANDREI IANCU, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

                                              Petitioner

v.

**BOLORO GLOBAL LIMITED**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Federal Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgments of the above court in this cause are vacated, and the case is remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of *United States* v. *Arthrex, Inc.,* 594 U. S. ___ (2021).

                                      June 28, 2021

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States