NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DRONE-CONTROL, LLC,**
*Appellant*

v.

**SZ DJI TECHNOLOGY CO., LTD.,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

2019-2210, 2019-2223, 2019-2276, 2019-2318

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00205, IPR2018-00206, IPR2018-00207, IPR2018-00208.

PER CURIAM.

**O R D E R**

2          DRONE-CONTROL, LLC. v. SZ DJI TECHNOLOGY CO., LTD.

Upon consideration of the judgment of the Supreme Court of the United States in *Iancu v. Luoma, et al.*, No. 20-74, vacating and remanding to this court for further consideration in light of *United States v. Arthrex, Inc.*, 594 U.S. ___, 141 S. Ct. 1970, (2021),

IT IS ORDERED THAT:

(1)  The mandate of this court issued on April 20, 2020 is recalled, the appeals are reinstated, and this court's February 27, 2020 order is vacated.

(2)  Within 14 days from the date of this order, Drone-Control, LLC shall elect, in writing, one of the following two options:

    i.   A request that we issue a remand for the limited purpose of allowing Drone-Control, LLC the opportunity to request Director rehearing of the final written decision; or

    ii.   A waiver of its right to seek Director rehearing of the final written decision.

(3)  The official caption is revised as indicated above to reflect the current intervenor.

FOR THE COURT

August 11, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court