No. 19-2210, 19-2223, 19-2276, 19-2318

# In the United States Court of Appeals for the Federal Circuit

**DRONE-CONTROL, LLC,**

Appellant,

v.

**SZ DJI TECHNOLOGY CO., LTD.,**

Appellee.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00205, IPR2018-00206, IPR2018-00207, and IPR2018-00208

## RESPONSE TO THIS COURT'S ORDER RE: *ARTHREX*

George T. Lyons, III
McDonnell Boehnen
Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001

Timothy Devlin
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington DE, 19806
(302) 449-9010

*Attorney for Appellant
Drone-Control, LLC*

# RESPONSE TO THIS COURT'S ORDER RE: *ARTHREX*

Appellant Drone-Control, LLC ("Drone-Control") submits this response to this Court's Order of August 11, 2021 ("Order") pursuant to the Supreme Court's decision in *Arthrex, Inc. v. Smith & Nephew, Inc.*, 594 U.S. ____, 141 S. Ct. 1970 (2021).

Drone-Control hereby elects option (2)(ii) of the Order and waives its right to seek Director rehearing of the final written decision. ECF No. 40, at 2.

|  |  |
|---|---|
| August 25, 2021 | /s/ *Timothy Devlin* <br> George T. Lyons, III <br> McDonnell Boehnen <br> Hulbert & Berghoff LLP <br> 300 South Wacker Drive, Suite 3100 <br> Chicago, Illinois 60606 <br> (312) 913-0001 <br><br> Timothy Devlin <br> Devlin Law Firm LLC <br> 1526 Gilpin Avenue <br> Wilmington DE, 19806 <br> (302) 449-9010 <br><br> *Attorney for Appellant* <br> *Drone-Control, LLC* |

# CERTIFICATE OF INTEREST

Counsel for Appellant DRONE-CONTROL, LLC certifies the following:

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| DRONE-CONTROL, LLC | None | None |

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

McDonnell Boehnen Hulbert & Berghoff: Grantland G. Drutchas, Matthew J. Sampson, Marcus J. Thymian, George T. Lyons III.

Toler Law Group, PC: M. Vanessah Pace.

Devlin Law Firm LLC: Timothy Devlin

**5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. See Fed. Cir. R. 47. 4(a)(5) and 47.5(b).**

IPR2018-00205; IPR2018-00206; IPR2018-00207; IPR2018-00208.

**6. Any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).**

N/A

| | |
|---|---|
| August 25, 2021 | /s/ *Timothy Devlin* <br> George T. Lyons, III <br> McDonnell Boehnen <br> Hulbert & Berghoff LLP <br> 300 South Wacker Drive, Suite 3100 <br> Chicago, Illinois 60606 <br> (312) 913-0001 <br><br> Timothy Devlin <br> Devlin Law Firm LLC <br> 1526 Gilpin Avenue <br> Wilmington DE, 19806 <br> (302) 449-9010 <br><br> *Attorney for Appellant* <br> *Drone-Control, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of August, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuity by using the appellate CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

August 25, 2021

/s/ *Timothy Devlin*
George T. Lyons, III
McDonnell Boehnen
Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001

Timothy Devlin
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington DE, 19806
(302) 449-9010

*Attorney for Appellant*
*Drone-Control, LLC*