NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DRONE-CONTROL, LLC,**
*Appellant*

v.

**SZ DJI TECHNOLOGY CO., LTD.,**
*Appellee*

**ANDREW HIRSHFELD, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2019-2210, 2019-2223, 2019-2276, 2019-2318
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00205, IPR2018-00206, IPR2018-00207, IPR2018-00208.

_____

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31 within the time permitted by the rules and pursuant to the 09/15/2021 court order, it is

2　　Drone-Control, LLC v. SZ DJI Technology Co., Ltd.

ORDERED that the notices of appeal be, and the same hereby are, DISMISSED, for failure to prosecute in accordance with the rules.

　　　　　　　　　　　　　　FOR THE COURT

January 12, 2022　　　　　/s/ Peter R. Marksteiner
　　　　　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　　Clerk of Court

**ISSUED AS A MANDATE:** January 12, 2022